# LAW OFFICES OF NOLAN KLEIN, P.A.    ATTORNEYS & COUNSELORS

**FLORIDA:** 1 E. BROWARD BLVD., SUITE 1500
FT. LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

**Nolan K. Klein Esq.**
klein@nklegal.com

May 20, 2019

**VIA ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

>        **Re:    *Mercer v. Saiyogi, LLC***
>        ***SDNY Case No.: 1:19-cv-02607***

Dear Judge Broderick:

   This law firm represents the Plaintiff, Stacey Mercer, in the above-captioned matter. Plaintiff hereby notifies this Court that a settlement has been reached in the above-captioned matter. The parties are in the process of finalizing settlement and request thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, for the case to remain pending.

   We thank the Court for your time and consideration in this matter.

                                  Respectfully Submitted,

                                  **Law Offices of Nolan Klein, P.A.**

                                  By:  __/s/ Nolan K. Klein__
                                       NOLAN K. KLEIN
                                       (NK4223)

NKK/amd